UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL COFFEY, Plaintiff
v.
SOUTHSTAR DEVELOPMENT PARTNERS, INC.;
TODD EVANS, General Manager of Deep Creek Golf Club;
JOE SULLIVAN, Men's League President;
and BRUCE HARRIS, Defendants.

Case No.: 2:25-cv-812-JES-NPM

SEP 9 2025 PM1:02
FILED - USDC - FLMD - FTM

# VERIFIED COMPLAINT

Plaintiff Michael Coffey, proceeding pro se, files this Verified Complaint and alleges as follows:

## JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343, as Plaintiff brings claims under the Americans with Disabilities Act (ADA) and state defamation law. Venue is proper in the Middle District of Florida, Fort Myers Division, as the events occurred in Charlotte County, Florida.

## PARTIES

Plaintiff Michael Coffey resides at 1246 Rio de Janeiro, Punta Gorda, Florida, adjacent to the 13th hole of Deep Creek Golf Club. Defendants include: Southstar Development Partners, Inc. (corporate owner of the golf course), Todd Evans (General Manager), Joe Sullivan (Men's League President), and Bruce Harris (league organizer).

## FACTUAL ALLEGATIONS

Plaintiff has been a dues-paying member of Deep Creek Golf Club since October 2019, consistently renewing his membership in good standing.

On November 20, 2024, Defendant Harris sent a private email only to Plaintiff, calling him 'deplorable.'

On November 25, 2024, Defendant Harris escalated matters by sending a mass email to more than 50 members, again calling Plaintiff 'deplorable' and falsely labeling him mentally and emotionally unstable. Harris further announced that Plaintiff's membership was terminated — even though he had no such authority. This public broadcast caused irreparable harm to Plaintiff's reputation and cost him friendships he never regained.

On November 24, 2024, Defendant Sullivan became angry after Plaintiff asked him to provide the name of a waitress he claimed had filed a complaint. Plaintiff calmly requested the name, knowing it did not exist. Sullivan reacted with hostility when he could not provide one.

Approximately three hours after Harris's November 25 mass email, Defendant Evans, as General Manager, issued an official termination letter revoking Plaintiff's membership, effectively adopting Harris's defamatory statements.

As a direct result of the defamatory emails by Harris and Evans' termination letter, Plaintiff was forced to enter therapy in late November 2024 to cope with the emotional distress, humiliation, and loss of reputation.

After the November 25 termination, Plaintiff telephoned Defendant Evans and stated that he had ADA-recognized disabilities and believed he had a right to mediation before termination. Defendant Evans abruptly hung up on Plaintiff and has since refused all calls or communication.

This refusal to reconsider or engage in the interactive process after being placed on notice of Plaintiff's disability constitutes ongoing discrimination and retaliation under the ADA.

Plaintiff alleges that Defendants conspired to defame him, discriminate against him on the basis of disability (ADHD, BPD, and anxiety), and exclude him unlawfully from club membership.

**CAUSES OF ACTION**

COUNT I – Defamation/Libel
COUNT II – Discrimination under ADA
COUNT III – Intentional Infliction of Emotional Distress
COUNT IV – Civil Conspiracy

**RELIEF REQUESTED**

Plaintiff respectfully requests the following relief:
1. Reinstatement of membership at Deep Creek Golf Club;
2. Monetary damages of $250,000 from Southstar Development Partners, Inc.; $250,000 from Todd Evans; $250,000 from Joe Sullivan; and $350,000 from Bruce Harris (total $1.1 million);
3. An apology letter from Bruce Harris;
4. Any other relief deemed just and proper.

# PLAINTIFF'S IMPACT STATEMENT

Golf has always been more than just a game for me. I chose my home beside the 13th hole because being part of Deep Creek Golf Club was at the heart of my daily life, friendships, and sense of belonging. It gave me purpose and community.

Since the events of November 2024, I have felt a deep loss. I watch groups of friends pass by on the course, yet I can no longer join them. What was once a joy and source of connection has been replaced with isolation and humiliation.

The November 20 email, though directed only at me, was deeply insulting. But the November 25 mass email was far worse. Harris broadcast false statements to more than 50 members, labeling me as unstable and announcing my termination. That public humiliation cost me friendships I will never get back.

The defamatory statements struck at my dignity and character. I have never been a danger to anyone, and yet those words follow me in a community where I had built trust and friendships. Because of this, I have had to seek therapy and treatment, and I continue to struggle with the damage to my reputation.

Most of all, I miss the chance to share golf with the people I care about — including inviting my family to play. The loss of that simple joy has weighed heavily on me.

This case is not about anger or punishment. It is about fairness, restoring my good name, and regaining the membership that meant so much to me. I respectfully ask this Court to see not only the harm done, but also my genuine wish to belong again to a place I once called home.

# CHRONOLOGY OF KEY EVENTS

• October 2019 – Plaintiff joins Deep Creek Golf Club.

• 2019–2024 – Membership renewed annually, in good standing.

• August 5, 2024 – Incident with member Si Slocum; Plaintiff disciplined but not terminated.

• November 20, 2024 – Harris email sent only to Plaintiff, calling him 'deplorable.'

• November 24, 2024 – Sullivan became angry when Plaintiff asked him to provide the name of a waitress he claimed had complained. No such name existed.

• November 25, 2024 – Harris mass email to 50+ members calling Plaintiff unstable, again calling him 'deplorable,' and falsely announcing termination.

• November 25, 2024 – Evans issues official termination letter, three hours later.

• Late November 2024 – Plaintiff forced to enter therapy to cope with emotional distress caused by Harris's and Evans's actions.

• Early December 2024 – Plaintiff telephoned Evans, requested mediation due to ADA diagnosis; Evans hung up and has refused communication since.