UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL COFFEY,

       Plaintiff,

v.                                    Case No:  2:25-cv-00812-JES-NPM

SOUTHSTAR        DEVELOPMENT
PARTNERS,           INC.,
(Owner/Operator  of  Deep
Creek  Golf  Course);  TODD
EVANS   (General   Manager);
BRUCE  HARRIS  (Member/League
Leader);  and  JOE  SULLIVAN
(President, Members League),

       Defendants.

_____

**OPINION AND ORDER**

This matter comes before the Court on review of the file. Pro se pleadings are held to a less stringent standard than counseled pleadings and, therefore, are liberally construed. Campbell v. Air Jam. Ltd., 760 F.3d 1165, 1168 (11th Cir. 2014). Pro se litigants, however, are still required to conform to procedural rules.  See Albra v. Advan, Inc., 490 F.3d 826, 829 (11th Cir. 2007); Goldsboro v. Ivey, No. 25-11394, 2026 WL 507421, at *3 (11th Cir. Feb. 24, 2026).

Multiple filings by Plaintiff Michael Coffey ("Coffey") and Joseph Sullivan ("Sullivan") are not compliant with the procedural

rules.  For example, Sullivan filed a Notice of Plaintiff's Refusal to Voluntarily Dismiss and Notice of Intent to Move for Dismissal Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. #49).  The Federal Rules of Civil Procedure do not permit such a filing.  Sullivan must either file a motion or not.  Given Sullivan's filing was improper, Coffey's two responses (Docs. ## 50, 56) are also improper.

Accordingly, it is now

**ORDERED**:

The Clerk is directed to **STRIKE** and remove the PDF files of the following documents: (1) Notice of Plaintiff's Refusal to Voluntarily Dismiss and Notice of Intent to Move for Dismissal Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. #49); (2) Plaintiff's Response in Opposition to Defendant Joe Sullivan's Motion to Dismiss Under Rule 12(b)(6) (Doc. #50); and (3) Plaintiff's Response in Opposition to Defendant Joe Sullivan's Motion to Dismiss Under Rule 12(b)(6) (Doc. #56).

**DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of June 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record