UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL COFFEY,

      Plaintiff,

v.                                    Case No:  2:25-cv-00812-JES-NPM

SOUTHSTAR        DEVELOMENT
PARTNERS,            INC.,
(Owner/Operator   of   Deep
Creek  Golf  Course), [1]  TODD
EVANS   (General   Manager),
BRUCE HARRIS (Member/League
Leader),  and  JOE  SULLIVAN
(President, Members League),

      Defendants.

---

### OPINION AND ORDER

    This matter comes before the Court on review of Plaintiff Michael Coffey's ("Coffey") Motion for Default Judgment Against Defendant Bruce Harris (Doc. #74) filed on June 22, 2026.

    The Clerk previously entered default against Defendant Bruce Harris ("Harris") on June 16, 2026.  (Doc. #64.)  The default, however, was set aside by Magistrate Judge Nicholas P. Mizell on June 24, 2026, after finding the interests of justice dictate that the default be set aside.  (Doc. #83.)  Without an entry of default,

---

[1] Southstar Development Partners, Inc. was dismissed with prejudice by joint stipulation of all parties.  (Doc. #73.)

there can be no entry of default judgment.  See Fed. R. Civ. P. 55; Giovanno v. Fabec, 804 F.3d 1361, 1366 (11th Cir. 2015).

Accordingly, it is now

**ORDERED:**

Plaintiff Michael Coffey's Motion for Default Judgment Against Defendant Bruce Harris (Doc. #74) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of June 2026.

_____

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

-2-